# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY, | Case No.: 2:11-cv-00186-GMN-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| JUDY A. MARTIN, DAVID MARTIN AND RYAN, as Co-Guardians of Judy A. Martin and OPAL F. DICK, | |
| Defendants. | |

Before the Court is Plaintiff Pruco Life Insurance Company's Amended Motion for Attorneys' Fees and Costs (ECF No. 32).  Defendants Judy A. Martin, David Martin and Ryan Martin filed a Response on August 30, 2011 (ECF No. 37), and Defendant Opal F. Dick filed a Joinder to Defendants' Response on August 31, 2011 (ECF No. 39).  Pruco Life Insurance Company filed a Reply on September 6, 2011 (ECF No. 43).

The Court having reviewed the pleadings on file, and good cause appearing, hereby makes the following orders:

**IT IS HEREBY ORDERED** that Pruco Life Insurance Company's Amended Motion for Attorneys' Fees and Costs (ECF No. 32) is hereby **GRANTED with the following exceptions:**

The Court excluded three (3) categories of entries: duplicative entries for communications between out-of-state and local counsel; fees incurred related to a rescheduling that was required by Pruco's counsel; and, the erroneous entries for a venue change to Virginia which was unrelated to this case.

**IT IS FURTHER ORDERED** that Pruco Life Insurance Company is hereby awarded

1 attorneys' fees in the total amount of $6,475.00 and costs incurred in the total amount of
2 $529.00.
3    The Clerk of the Court is directed to provide the above-described funds to Plaintiff's
4 counsel from the interpled funds previously deposited by Pruco Life Insurance Company
5 pursuant to this Court's Order of August 16, 2011.
6    DATED this 23rd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge